UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

___Richmond___ Division

In re:  Gordon B. Williams                                    Case no.  11-30704-KRH

Debtor(s)                                                                  Chapter 13

**ORDER EXTENDING TIME TO FILE DEBTOR'S
CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. § 1328**

The debtor(s) have filed a motion to extend the time to filing their Debtor's Certification of Compliance with 11 U.S.C. § 1328.  Accordingly it is **ORDERED** THAT

1.  The debtor's motion to extend the time to filing the Debtor's Certification of Compliance with 11 U.S.C § 1328 is granted.

2.  Under authority of FRBP 1007, the deadline for filing the Debtor's Certification of Compliance with 11 U.S.C. § 1328 was extended to 6/12/2015.

3.  The debtor(s) shall forthwith notify the trustee and all necessary parties of the respective deadline set for the filing of the certificate.

4.  Failure of the debtor(s) to file the Certification of Compliance with 11 U.S.C § 1328 on or before the deadline set forth in paragraph two (2) will result in the case being closed without a discharge.

/s/ Kevin R. Huennekens
U.S. Bankruptcy Judge

Jun 5 2015

Entered on Docket 6/5/15

Dated:

/s/ Richard J. Oulton
Richard J. Oulton
Counsel for Debtor(s)

CERTIFICATE OF ENDORSEMENT

Pursuant to Local Rule 9022-1(c)(1), the undersigned hereby certifies that this Order has been endorsed by all the necessary parties.

/s/ Richard J. Oulton
Counsel for Debtor(s), VSB 29640
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834

Parties to Receive Copies

Gordon B. Williams
309 Coppahaunk Rd
Waverly, VA 23890

Carl M. Bates
P.O. Box 1819
Richmond, VA 23218

America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834